Dated: February 26, 2007

LEE P. BARDELLINI, ESQ. (SB# 53108)
JOHN F. CAVIN, ESQ. (SB# 88946)
HELEN V. POWERS, ESQ. (SB# 175164)
**BARDELLINI, STRAW & CAVIN, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California 94583
Telephone: (925) 277-3580
Facsimile: (925) 277-3591

Attorneys for Defendant
WORLD SAVINGS BANK

*IT IS SO ORDERED*
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAY CHENG FONG (a/k/a MAY FUNG ) <br> FONG); ERWIN FONG; WAIMAN FONG; ) <br> WORLD SAVINGS BANK, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C 06 7905 <br><br> **STIPULATION BY PLAINTIFF AND DEFENDANT WORLD SAVINGS BANK FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT** |

    Plaintiff United States of America and Defendant World Savings Bank, by and through their attorneys of record, hereby agree and stipulate that World Savings Bank shall have until and including February 23, 2007 to answer or otherwise respond to Plaintiff's Complaint.

Date: February 21, 2007

BARDELLINI, STRAW & CAVIN, LLP

   */s/ Helen V. Powers*
By: _____
   Lee P. Bardellini
   John F. Cavin
   Helen V. Powers
   Attorneys for Defendant WORLD
   SAVINGS BANK

Date: February 22, 2007

UNITED STATES ATTORNEY'S OFFICE

   */s/ Cynthia Stier*
By: _____
   Kevin V. Ryan, Esq.
   Jay R. Weill, Esq.
   Cynthia Stier, Esq.
   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

1

**STIPULATION BY PLAINTIFF AND DEFENDANT WORLD SAVINGS BANK FOR
EXTENSION OF TIME TO ANSWER THE COMPLAINT**
Case No. C 06 7905