SCOTT SCHOOLS (SCBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Facsimile: (415) 436-6748

cynthia.stier@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MAY CHENG FONG (a/k/a MAY FUNG FONG); ERWIN FONG; WAIMAN FONG; WORLD SAVINGS BANK,<br><br>_____<br><br>            Defendants. | **Case No. CV-06-07905-MMC**<br><br>STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE and [proposed] ORDER<br><br>Date: May 18, 2007<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by and between the United States of America, and defendants, May Cheng Fong and World Savings Bank, as reflected by the signatures of their respective counsel as set forth below, that the case management conference currently scheduled for April 6, 2007 at 10:30 a.m., be continued to May 18, 2007, at 10:30 a.m.  The grounds for this stipulated request are:

    1.  The United States and defendant May Fong have reached a tentative resolution.  The parties will know whether their claims will be settled by late April.

     2.  To date, the remaining defendants, Erwin Fong and Waiman Fong, have not been served.

1  Accordingly, for the reasons set forth above, the United States and Defendants, May
2  Fong and World Savings Bank, stipulate to rescheduling the case management conference
3  currently
4  scheduled for April 6, 2007 at 10:30 a.m. to May 18, 2007, at 10:30 a.m.

Dated this 16th day of March, 2007.

                                  Respectfully submitted,

                                  SCOTT SCHOOLS
                                  United States Attorney

                                  /s/ Cynthia Stier
                                  CYNTHIA STIER
                                  Assistant United States Attorney

                                  Attorneys for the United States of America


                                  /s/
                                  CONNIE J. YI
                                  Law Office of Connie Yi
                                  Attorney at Law
                                  Certified Public Accountant
                                  4900 Hopyard Road
                                  Suite 100
                                  Pleasanton, CA 94588
                                  Telephone: (925) 468-4171

                                  Attorney for the Defendant May Cheng Fong


                                  /s/
                                  LEE P. BARDELLINI
                                  Bardellini Straw & Cavin LLP
                                  2000 Crow Canyon Place, Suite 330
                                  San Ramon, CA 94583
                                  Telephone: (925) 277-3580

                                  Attorney for the Defendant World Savings Bank

//
//

US v. May Cheng Fong, et al., Case No.
CV-06-07905-MMC
Stipulated Request to Continue Case
Management Conference and [proposed] Order     2

**ORDER**

Pursuant to the Stipulation of the Plaintiff, United States of America, and Defendants, May Cheng Fong and World Savings Bank, and for good cause shown,

**IT IS HEREBY ORDERED** that the case management conference currently scheduled for April 6, 2007, at 10:30 a.m., is rescheduled to ~~May 18, 2007~~ May 25, 2007, at 10:30 a.m.

Dated: March 21, 2007

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

US v. May Cheng Fong, et al., Case No. CV-06-07905-MMC
Stipulated Request to Continue Case Management Conference and [proposed] Order

3