1   SCOTT SCHOOLS (SCBN 9990)
    United States Attorney
2   JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER
4   Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-7000
6    Facsimile: (415) 436-6748

7    cynthia.stier@usdoj.gov

8   Attorneys for United States of America

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,            )
                                          )   **Case No. CV-06-07905-MMC**
13               Plaintiff,               )
                                          )
14        v.                              )
                                          )   STIPULATED REQUEST
15   MAY CHENG FONG (a/k/a MAY FUNG)      )   FOR DISMISSAL WITHOUT
     FONG); ERWIN FONG; WAIMAN FONG;      )   PREJUDICE AND [PROPOSED]
16   WORLD SAVINGS BANK,                  )   ORDER
                                          )
17   _____  )
                                          )
18               Defendants.              )

19        **IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED**
20
     by and between the United States of America, and defendants, May Cheng Fong and World
21
     Savings Bank, as reflected by the signatures of their respective counsel as set forth below, that
22
     this case be dismissed, without prejudice to allow the parties to enter into a settlement to resolve
23
     the case in its entirety.  Said settlement offer must be approved by a delegate of the Assistant
24
     Attorney General for Tax in Washington, D.C.  Accordingly, the parties stipulate to dismiss this
25
     action without prejudice provided, however, that if any party notifies this Court on or before
26
     August 3, 2007, that settlement has not been reached, then this order shall stand vacated and this
27
     case shall forthwith be restored to the calendar and a case management conference scheduled.
28

1

Dated this 3rd day of May, 2007.

2
                                    Respectfully submitted,
3
                                    SCOTT SCHOOLS
4                                   United States Attorney

5
                                     /s/ Cynthia Stier
6                                   CYNTHIA STIER
                                    Assistant United States Attorney
7
                                    Attorneys for the United States of America
8

9                                   /s/ Connie Yi
                                    CONNIE J. YI
10                                  Law Office of Connie Yi
                                    Attorney at Law
11                                  Certified Public Accountant
                                    4900 Hopyard Road
12                                  Suite 100
                                    Pleasanton, CA 94588
13                                  Telephone: (925) 468-4171

14                                  Attorney for the Defendants May Cheng Fong

15
                                     /s/ Helen Powers
16                                  HELEN POWERS
                                    Bardellini Straw & Cavin LLP
17                                  2000 Crow Canyon Place, Suite 330
                                         San Ramon, CA 94583
18                                       Telephone: (925) 277-3580

19                                      Attorney for the Defendant World Savings Bank
    //
20  //

21

22

23

24

25

26

27

28

US v. May Cheng Fong, et al., Case No.
CV-06-07905-MMC
Stipulated Request to Dismiss Case
and [proposed] Order                        2

1

**ORDER**

2      Pursuant to the Stipulation of the Plaintiff, United States of America, and Defendants,

3   May Cheng Fong and World Savings Bank, and for good cause shown,

4      **IT IS HEREBY ORDERED** that this action is dismissed, without prejudice,

5   provided, however, that if any party notifies this Court on or before August 3, 2007, that a

6   settlement has not been reached, then this order shall stand vacated and this case shall forthwith

7   be restored to the calendar and the case management conference rescheduled.

8      **SO ORDERED**.

9

10   Dated: _____May 14, 2007_____

    _____
    MAXINE M. CHESNEY
11   UNITED STATES DISTRICT JUDGE_____

12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US v. May Cheng Fong, et al., Case No.
CV-06-07905-MMC
Stipulated Request to Dismiss Case
and [proposed] Order                3